# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## AMENDED
## NOTICE OF ORAL ARGUMENT

December 3, 2024

| | |
|---|---|
| No. 24-2574 | MONICA RICHARDS,<br>               Plaintiff - Appellee<br><br>v.<br><br>ELI LILLY & COMPANY and LILLY USA, LLC,<br>               Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00242-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

**IT IS ORDERED** that this case be orally argued on Tuesday, January 28, 2025, at 2 p.m. in the Main Courtroom, Room 2721, of the United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Chicago, Illinois.

Each side limited to 15 minutes. **Please note that this has been a change in the minutes assigned for oral argument.** Counsel are advised that the panel of judges assigned to oral argument may decide, after reading the briefs, that less time is required for oral argument.

Option to Present Argument Telephonically or by Video Communications: The assigned panel may, in its discretion, permit counsel to present oral argument telephonically or by a video-communications platform approved by the court. Not later than 14 days before the argument date, and after conferring with opposing counsel, a party may file a motion to present oral argument telephonically or by video communications. The motion shall: (1) state the reason for the request; (2) state whether the request is opposed or unopposed; and (3) identify which counsel wish to appear remotely.

<u>Waiver of Oral Argument</u>: Not later than 14 days before the argument date, counsel may file a motion under Circuit Rule 34(e) to waive oral argument if the appeal can be resolved based on the briefs and record and the decisional process would not be significantly aided by oral argument. See Fed. R. App. P. 34(a). Counsel must first confer with opposing counsel before seeking a waiver of oral argument, and the motion must state whether the request is opposed or unopposed. The court prefers joint motions.

Copies of this notice have been sent to counsel of record.

**NOTE:**  Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" for important requirements and information about oral argument in the Court of Appeals.

form name: **c7_NoticeOfOralArg**     (form ID: **156**)